Submitted March 10—decided March 23, 1977

MATAXIA LAMBRAKOS ET AL. *v.* JAMES S. CARSON, EXECUTOR

The defendant's motion to dismiss the plaintiffs' appeal from the Superior Court in New Haven County is denied.

The "Motion of Defendant to Dismiss Appeal or For Order Compelling Plaintiffs-Appellants to Take Steps to Cite in Plaintiff in Companion Consolidated Case As a Party to Appeal" is denied.

*Charles G. Albom,* for the appellee (defendant).

*Charles Henchel,* for the appellants (plaintiffs).

Argued April 5—decided April 5, 1977